**TORRES | TORRES STALLINGS**
**A LAWCORPORATION**
Alekxia Torres Stallings, SBN 296418
1318 K. Street
Bakersfield, CA 93301
Tel: (661)326-0857
Email: lextorres@lawtorres.com

Attorney for:
JUSTINO SALAZAR-TORRES

# IN THE UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT of CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>            Plaintiff,<br><br>vs.<br><br>JUSTINO SALAZAR-TORRES,<br><br>            Defendant | Case No.: 1:25-CR-00142-KES-BAM<br><br>**STIPULATION AND ORDER TO CONTINUE THE STATUS CONFERENCE HEARING** |

TO: THE CLERK OF THE UNITED STATES DISTRICT COURT, HONORABLE BARBARA A. MCAULIFFE AND CALVIN LEE, ASSISTANT UNITED STATES ATTORNEY:

**COMES NOW** Defendant, JUSTINO SALAZAR-TORRES, by and through his attorney of record, ALEKXIA TORRES STALLINGS, hereby requesting that the status conference currently set for Wednesday, November 12, 2025, at 1:00 p.m. (See ECF Doc. 14) be continued to Wednesday, January 28, 2026, at 1:00 p.m.

Defense counsel has begun jury trial for the matter of *People v. Abel Juarez BF172055A,* and will be unavailable on the current status conference date. I have spoken to AUSA Calvin Lee and he has no objection to continuing the status conference.

For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161, et seq., within which trial must commence, the time period of November 12, 2025 to January 28,

1  2026, inclusive, is deemed excludable pursuant to 18 U.S.C.§ 3161(h)(7)(A), B(iv) [Local Code
2  T4] because it results from a continuance granted by the Court at defendant's request on the basis
3  of the Court's finding that the ends of justice served by taking such action outweigh the best
4  interest of the public and the defendant in a speedy trial.
5      Nothing in this stipulation and order shall preclude a finding that other provisions of the
6  Speedy Trial Act dictate that additional time periods are excludable from the period within which
7  a trial must commence.

**IT IS SO STIPULATED.**

                                                   Respectfully Submitted,

DATED: October 30, 2025                    ***/s/ Alekxia Torres Stallings***
                                                   ALEKXIA TORRES STALLINGS
                                                   Attorney for Defendant
                                                   JUSTINO SALAZAR-TORRES

DATED: October 30, 2025                    ***/s/Calvin Lee***
                                                   CALVIN LEE
                                                   Assistant U.S. Attorney

**ORDER**

IT IS SO ORDERED that the status conference is continued from November 12, 2025, to **January 28, 2026 at 1:00 p.m. in Courtroom 8 before Magistrate Judge Barbara A. McAuliffe**. Time is excluded pursuant to 18 U.S.C.§ 3161(h)(7)(A), B(iv).

IT IS SO ORDERED.

Dated: __October 30, 2025__         /s/ *Barbara A. McAuliffe*
                                  UNITED STATES MAGISTRATE JUDGE