**TORRES | TORRES STALLINGS**
**A LAWCORPORATION**
Alekxia Torres Stallings, SBN 296418
1318 K. Street
Bakersfield, CA 93301
Tel: (661)326-0857
Email: lextorres@lawtorres.com

Attorney for:
JUSTINO SALAZAR-TORRES

## IN THE UNITED STATES DISTRICT COURT

## FOR THE EASTERN DISTRICT of CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No.: 1:25-CR-00142-KES-BAM |
| Plaintiff, | **STIPULATION AND ORDER TO CONTINUE THE STATUS CONFERENCE HEARING** |
| vs. | |
| JUSTINO SALAZAR-TORRES, | |
| Defendant | |

TO: THE CLERK OF THE UNITED STATES DISTRICT COURT, HONORABLE ERICA P. GROSJEAN AND CALVIN LEE, ASSISTANT UNITED STATES ATTORNEY:

**COMES NOW** Defendant, JUSTINO SALAZAR-TORRES, by and through his attorney of record, ALEKXIA TORRES STALLINGS, hereby requesting that the status conference currently set for Wednesday, January 28, 2026, at 1:00 p.m. (See ECF Doc. 19) be continued to Wednesday, May 27, 2026, at 1:00 p.m.

This request is a mutual continuance in order to review further discovery and investigations. I have spoken to AUSA Calvin Lee and he has no objection to continuing the Status Conference.

For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161, et seq., within which trial must commence, the time period of  January 28, 2026, to May 27, 2026 inclusive, is deemed excludable pursuant to 18 U.S.C.§ 3161(h)(7)(A), B(iv) [Local Code T4]

because it results from a continuance granted by the Court at defendant's request on the basis of the Court's finding that the ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial.

Nothing in this stipulation and order shall preclude a finding that other provisions of the Speedy Trial Act dictate that additional time periods are excludable from the period within which a trial must commence.

**IT IS SO STIPULATED.**

Respectfully Submitted,

DATED: January 22, 2026

*/s/ Alekxia Torres Stallings*
ALEKXIA TORRES STALLINGS
Attorney for Defendant
JUSTINO SALAZAR-TORRES

DATED: January 22, 2026

*/s/Calvin Lee*
CALVIN LEE
Assistant U.S. Attorney

## ORDER

**IT IS SO ORDERED** that the status conference currently set for Wednesday, January 28, 2026, at 1:00 p.m. be continued to Wednesday, May 27, 2026, at 1:00 p.m. before Magistrate Judge Erica P. Grosjean. The time period of January 28, 2026, to May 27, 2026 inclusive, is deemed excludable pursuant to 18 U.S.C.§ 3161(h)(7)(A), B(iv) [Local Code T4].

IT IS SO ORDERED.

Dated:    **January 23, 2026**                    /s/ *Erica P. Grosjean*
                                        UNITED STATES MAGISTRATE JUDGE