**TORRES | TORRES STALLINGS**
**A LAWCORPORATION**
Alekxia Torres Stallings, SBN 296418
1318 K. Street
Bakersfield, CA 93301
Tel: (661)326-0857
Email: lextorres@lawtorres.com


Attorney for:
JUSTINO SALAZAR-TORRES


### IN THE UNITED STATES DISTRICT COURT

### FOR THE EASTERN DISTRICT of CALIFORNIA


| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No.: 1:25-cr-00142-KES-BAM |
| Plaintiff, | **STIPULATION AND ORDER TO CONTINUE THE STATUS CONFERENCE HEARING** |
| vs. | |
| JUSTINO SALAZAR-TORRES, | |
| Defendant | |

TO: THE CLERK OF THE UNITED STATES DISTRICT COURT, HONORABLE ERIKA P. GROSJEAN; AND CALVIN LEE, ASSISTANT UNITED STATES ATTORNEY:

    **COMES NOW** Defendant, JUSTINO SALAZAR-TORRES, by and through his attorney of record, ALEKXIA TORRES STALLINGS, hereby requesting that the status conference currently set for Wednesday, May 27, 2026, at 1:00 p.m. (See, ECF Doc. 21) be continued for Change of Plea to Tuesday, July 13, 2026, at 9:30 a.m.

    Defense counsel is requesting this continuance due to counsel being unavailable at the time of the currently scheduled status conference hearing. Counsel is seeking to continue the status conference hearing for Change of Plea to July 13, 2026. AUSA Calvin Lee has no objection to continuing the status conference. The parties therefore stipulate that the period of time from May 27, 2026, through July 13, 2026, is excludable pursuant to 18 U.S.C. §§ 3161(h)(7)(A) and

3161(h)(7)(B)(i) and (iv) because it results from a continuance granted by the Court at the parties' request on the basis of the Court's finding that the ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial.

**IT IS SO STIPULATED.**

Respectfully Submitted,

DATED: May 26, 2026

*/s/ Alekxia Torres Stallings*
ALEKXIA TORRES STALLINGS
Attorney for Defendant
JUSTINO SALAZAR-TORRES

DATED: May 26, 2026

*/s/Calvin Lee*
CALVIN LEE
Assistant U.S. Attorney

**ORDER**

**IT IS SO ORDERED** that the status conference currently set for Wednesday, May 27, 2026, at 1:00 p.m., be continued for Change of Plea to Tuesday, July 13, 2026, at 9:30 a.m. before the Honorable Kirk E. Sherriff and that the period from May 27, 2026, through July 13, 2026, is hereby EXCLUDED from the computation of time within which trial must commence pursuant to 18 U.S.C. §§ 3161(h)(7)(A) and (h)(7)(B)(iv) this day of May 26, 2026.

IT IS SO ORDERED.

Dated:   **May 26, 2026**          /s/ *Erica P. Grosjean*
                                   UNITED STATES MAGISTRATE JUDGE