**TORRES | TORRES STALLINGS**
**A LAWCORPORATION**
Alekxia Torres Stallings, SBN 296418
1318 K. Street
Bakersfield, CA 93301
Tel: (661)326-0857
Email: lextorres@lawtorres.com

Attorney for:
JUSTINO SALAZAR-TORRES

## IN THE UNITED STATES DISTRICT COURT

## FOR THE EASTERN DISTRICT of CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) Case No.: 1:25-cr-00142-KES-EPG |
| Plaintiff, | ) **STIPULATION AND ORDER TO** |
| | ) **CONTINUE THE CHANGE OF PLEA** |
| vs. | ) **HEARING** |
| JUSTINO SALAZAR-TORRES, | ) |
| Defendant | ) |

TO: THE CLERK OF THE UNITED STATES DISTRICT COURT, HONORABLE KIRK E.
SHERRIFF; AND CALVIN LEE, ASSISTANT UNITED STATES ATTORNEY:

**COMES NOW** Defendant, JUSTINO SALAZAR-TORRES, by and through his attorney
of record, ALEKXIA TORRES STALLINGS, hereby requesting that the change of plea hearing
currently set for Monday, July 13, 2026, at 9:30 a.m. (See, ECF Doc. 23) be continued to
Monday, August 17, 2026, at 9:30 a.m.

Defense counsel is requesting this continuance due to counsel being unavailable at the time
of the currently scheduled status conference hearing. Our firm's partner is medically unavailable,
requiring defense counsel to handle all criminal matters until his return. Counsel is seeking to
continue the change of plea to August 17, 2026. AUSA Calvin Lee has no objection to
continuing the status conference. The parties therefore stipulate that the period of time from July

13, 2026, through August 17, 2026, is excludable pursuant to 18 U.S.C. §§ 3161(h)(7)(A) and 3161(h)(7)(B)(i) and (iv) because it results from a continuance granted by the Court at the parties' request on the basis of the Court's finding that the ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial.

**IT IS SO STIPULATED.**

Respectfully Submitted,

DATED: July 08, 2026

*/s/ Alekxia Torres Stallings*
ALEKXIA TORRES STALLINGS
Attorney for Defendant
JUSTINO SALAZAR-TORRES

DATED: July 08, 2026

*/s/Calvin Lee*
CALVIN LEE
Assistant U.S. Attorney

## ORDER

**IT IS SO ORDERED** that the change of plea hearing currently set for Monday, July 13, 2026, at 9:30 a.m., be continued to Monday, August 17, 2026, at 9:30 a.m. before the Honorable Kirk E. Sherriff and that the period from July 13, 2026, through August 17, 2026, is hereby EXCLUDED from the computation of time within which trial must commence pursuant to 18 U.S.C. §§ 3161(h)(7)(A) and (h)(7)(B)(iv).

IT IS SO ORDERED.

Dated:    July 8, 2026

_____
UNITED STATES DISTRICT JUDGE