**TORRES | TORRES STALLINGS**
**A LAWCORPORATION**
Alekxia Torres Stallings, SBN 296418
1318 K. Street
Bakersfield, CA 93301
Tel: (661)326-0857
Email: lextorres@lawtorres.com

Attorney for:
JUSTINO SALAZAR-TORRES

**IN THE UNITED STATES DISTRICT COURT**

**FOR THE EASTERN DISTRICT of CALIFORNIA**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>Plaintiff,<br>vs.<br>JUSTINO SALAZAR-TORRES,<br>Defendant | Case No.: 1:25-cr-00142-KES-EPG<br><br>**STIPULATION AND ORDER TO CONTINUE THE CHANGE OF PLEA HEARING** |

TO: THE CLERK OF THE UNITED STATES DISTRICT COURT, HONORABLE KIRK E. SHERRIFF; AND CALVIN LEE, ASSISTANT UNITED STATES ATTORNEY:

**COMES NOW** Defendant, JUSTINO SALAZAR-TORRES, by and through his attorney of record, ALEKXIA TORRES STALLINGS, hereby requesting that the change of plea hearing currently set for Monday, August 17, 2026, at 9:30 a.m. (See, ECF Doc. 25) be continued to Monday, September 21, 2026, at 9:30 a.m.

Defense counsel is requesting this continuance due to counsel and AUSA Lee continuing to work toward a plea agreement. Counsel is seeking to continue the change of plea to September 21, 2026. AUSA Calvin Lee has no objection to continuing the change of plea conference. The parties therefore stipulate that the period of time from August 17, 2026, through September 21, 2026, is excludable pursuant to 18 U.S.C. §§ 3161(h)(7)(A) and 3161(h)(7)(B)(i) and (iv)

because it results from a continuance granted by the Court at the parties' request on the basis of the Court's finding that the ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial.

**IT IS SO STIPULATED.**

Respectfully Submitted,

DATED: August 11, 2026

***/s/ Alekxia Torres Stallings***
ALEKXIA TORRES STALLINGS
Attorney for Defendant
JUSTINO SALAZAR-TORRES

DATED: August 11, 2026

***/s/Calvin Lee***
CALVIN LEE
Assistant U.S. Attorney

**ORDER**

**IT IS SO ORDERED** that the change of plea hearing currently set for Monday, August 17, 2026, at 9:30 a.m., be continued to Monday, September 21, 2026, at 9:30 a.m. before the Honorable Kirk E. Sherriff and that the period from August 17, 2026, through September 21, 2026, is hereby EXCLUDED from the computation of time within which trial must commence pursuant to 18 U.S.C. §§ 3161(h)(7)(A) and (h)(7)(B)(iv) this day of August 11, 2026.

IT IS SO ORDERED.

Dated: August 11, 2026

UNITED STATES DISTRICT JUDGE