ERIC GRANT
Acting United States Attorney
CALVIN LEE
Assistant United States Attorney
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>Plaintiff,<br>v.<br>JUSTINO SALAZAR TORRES,<br>Defendant. | CASE NO. 1:25-CR-00142-KES-EPG<br><br>STIPULATION REGARDING EXCLUDABLE TIME PERIODS UNDER SPEEDY TRIAL ACT; FINDINGS AND ORDER<br><br>DATE: September 21, 2026<br>TIME: 9:30 a.m.<br>COURT: Hon. Kirk E. Sherriff |

**STIPULATION**

Plaintiff United States of America, by and through its counsel of record, and defendant, by and through defendant's counsel of record, hereby stipulate as follows:

1. By previous order, this matter was set for a change of plea on September 21, 2026.

2. By this stipulation, defendant now moves to continue the scheduled September 21, 2026, change of plea to November 16, 2026, and to exclude time between September 21, 2026, and November 16, 2026, pursuant to 18 U.S.C.§ 3161(h)(7)(A), B(iv).

3. The parties agree and stipulate, and request that the Court find the following:

a) The parties are on the verge of finalizing a signed plea agreement. Counsel for defendant requests the assistance of the Probation Office in resolving the remaining final questions before stipulating to the applicable sentencing guidelines in the plea agreement.

b) Counsel for defendant believes that this additional time to obtain the assistance of

the Probation Office is necessary for the resolution of the charges against her client and finalization of the plea agreement.

c) The government does not object to the continuance.

d) Based on the above-stated findings, the ends of justice served by continuing the case as requested outweigh the interest of the public and the defendant in a trial within the original date prescribed by the Speedy Trial Act.

e) For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161, et seq., within which trial must commence, the time period of September 21, 2026 to November 16, 2026, inclusive, is deemed excludable pursuant to 18 U.S.C.§ 3161(h)(7)(A), B(iv) because it results from a continuance granted by the Court at defendant's request on the basis of the Court's finding that the ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial.

4. Nothing in this stipulation and order shall preclude a finding that other provisions of the Speedy Trial Act dictate that additional time periods are excludable from the period within which a trial must commence.

IT IS SO STIPULATED.

Dated: September 16, 2026

ERIC GRANT
United States Attorney

/s/ CALVIN LEE
CALVIN LEE
Assistant United States Attorney

Dated: September 16, 2026

/s/ Alekxia Torres Stallings
Alekxia Torres Stallings
Counsel for Defendant
JUSTINO SALAZAR TORRES

**FINDINGS AND ORDER**

IT IS SO FOUND AND ORDERED.

The change of plea hearing is reset to November 16, 2026, at 9:30 a.m., in courtroom 6. The time period of September 21, 2026 to November 16, 2026, is excluded pursuant to 18 U.S.C. § 3161(h)(7)(A) & (B)(iv), because it results from a continuance granted by the court on the basis of the court's finding that the ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial.

IT IS SO ORDERED.

Dated: September 16, 2026

UNITED STATES DISTRICT JUDGE