**TORRES | TORRES STALLINGS**
**A LAWCORPORATION**
Alekxia Torres Stallings, SBN 296418
1318 K. Street
Bakersfield, CA 93301
Tel: (661)326-0857
Email: lextorres@lawtorres.com

Attorney for:
JUSTINO SALAZAR-TORRES

**IN THE UNITED STATES DISTRICT COURT**

**FOR THE EASTERN DISTRICT of CALIFORNIA**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>Plaintiff,<br>vs.<br>JUSTINO SALAZAR-TORRES,<br>Defendant | Case No.: 1:25-CR-00142-KES-EPG<br>**STIPULATION AND ORDER TO SET CHANGE OF PLEA HEARING** |

TO: THE CLERK OF THE UNITED STATES DISTRICT COURT, HONORABLE KIRK E. SHERRIFF, AND CALVIN LEE, ASSISTANT UNITED STATES ATTORNEY:

**COMES NOW** Defendant, JUSTINO SALAZAR-TORRES, by and through his attorney of record, ALEKXIA TORRES STALLINGS, hereby requesting that the change of plea hearing currently set for Monday, November 16, 2026, at 9:30 a.m. (See ECF Doc. 29) be continued to Monday, January 11, 2027, at 9:30 a.m.

Defense counsel has recently received additional information regarding the applicable calculations. Furthermore, additional time is needed for defense counsel to review and discuss the Plea Agreement with defendant. I have spoken to AUSA Calvin Lee and he has no objection to continuing the Change of Plea hearing.

The parties also agree the delays resulting from the continuance shall be excluded in the interest of justice pursuant to 18 USC 3161 (h)(7)(A) and 3161 (h)(7)(B)(1) and (IV) because

it results form a continuance granted by the Court at defendant's request on the basis of the Court's finding that the ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial.

**IT IS SO STIPULATED.**

Respectfully Submitted,

DATED: November 5, 2026

***/s/ Alekxia Torres Stallings***
ALEKXIA TORRES STALLINGS
Attorney for Defendant
JUSTINO SALAZAR-TORRES

DATED: November 5, 2026

***/s/Calvin Lee***
CALVIN LEE
Assistant U.S. Attorney

**ORDER**

**IT IS SO ORDERED** that the change of plea hearing currently set for Monday, November 16, 2026, at 9:30 a.m., be continued to **Monday, January 11, 2027, at 9:30 a.m.**, in Courtroom 6 (KES) before District Judge Kirk E. Sherriff.

Time is excluded for Speedy Trial Act purposes through January 11, 2027, in the interest of justice, pursuant to 18 U.S.C. § 3161(h)(7)(A) and §3161(h)(7)(B)(i) & (iv), based on the court's finding that the ends of justice served by the continuance outweigh the best interest of the public and the defendant in a speedy trial.

IT IS SO ORDERED.

Dated: November 5, 2026

UNITED STATES DISTRICT JUDGE